UNITED STATES DISTRICT COURT
District of New Jersey
Case Number 01-686-02 (WHW)

UNITED STATES OF AMERICA

v

# ORDER

Nasser Abuali

The defendant has satisfied all the conditions without any infractions

The matter being open to the Court on a motion by Frederic H. Brooks Esq., Attorney for Nasser Abuali on an application for **Early Termination of Probation,** with Notice to Ms. Jessica Albert, United States Probation Office. After considering the Certification (with attachments) of Counsel for Mr. Nasser Abuali and after consultation with United States Probation's Office and the United States Attorney's Office, and

Whereas, Mr. Nasser Abuali was sentenced by the Honorable William H. Walls of the United States District Court of New Jersey on December 2, 2004 for Conspiracy to Commit Interstate Theft 18:371[18:659], to a period of 3 years Supervised Release, imprisonment 5 months and Home Confinement for 5 months. The Defendant was also Ordered to pay restitution in amount of $44,720.53.

Whereas, Nasser Abuali has satisfied and completed the Home Confinement.

Whereas, The defendant has satisfied all the conditions of Probation without any infractions.

Whereas, the Defendant has completed a substantial portion of the Supervised Release part of his sentence.

**Whereas,** Mr. Abuali's Attorney has been able to reach a settlement for the Restitution ordered by the Court to pay Chubb Federal Insurance Company and has been able to obtain a Release and Satisfaction of Claim as to **all** the Defendants in this matter.

**Whereas,** Mr. Abuali's Attorney has also reach a settlement as to **all Defendants** with Wholesale Grocers Incorporate to pay the restitution Ordered by the Court.

**It is hereby Ordered ,** the 3 years probation Ordered on December 2, 2004 is terminated as to Mr. Nasser Abuali.

**It is further Ordered,** all payments that have been made toward restitution in this case by the Defendants (Nasser Abuali, Hussein and Rabi Ahmed) are made payable and forward to C & S Wholesale Grocer to satisfy restitution for all the Defendants in this case.

**It is further Ordered.** Upon the satisfactory filing Release of Claims from Chubb Insurance Company and C & S Wholesale Grocer with Clerk of he Court. the restitution **Order** be deemed satisfied as all Defendants (Nasser Abuali, Hussein, Abuali and Rabi Amed).

**It is further Ordered** a copy of this Order be served on all concerned parties within _10_ days of the signed of this Order.

_____
William H. Walls
United States District Judge